IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND ROSS**<br><br>　　　　　　**Appellant**<br><br>v.<br><br>**AMERICHOICE FEDERAL CREDIT UNION, et al.**<br><br>　　　　　　**Appellees** | CIVIL ACTION<br>NO. 15-00197<br><br>BANKRUPTCY<br>NO. 14-16866 |

## ORDER

**AND NOW**, this 7th day of May, 2015, upon consideration of Appellant's Opening Brief (Doc. No. 4), Appellee's Brief (Doc. No. 6), and Appellant's Reply Brief (Doc. No. 8), it is **ORDERED** that:

1. The Bankruptcy Court's December 17, 2014 Order (Bankr. No. 14-16866, Bankr. Doc. No. 53) is **AFFIRMED**;

2. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.